## PLAINE ag$^t$ NASH

Henry Plaine plaint. ag$^t$ Thomas Nash Master of the Ship called the Speedwell Defend$^t$ in an action of the case for witholding five pounds or thereabout mony Sterling of England due for wages for the plaint$^s$ labour done onboard the Ship Speedwell in her late Voyage from Amsterdam to England Barbados & so hither the plaintife being here cleered from s$^d$ Ship by s$^d$ Master with all due damages according to attachment dat$^d$ 16. 8. 1676. . . . The Jury . . . found for the Defend$^t$ costs of Court. [406]

## BENNET agt. GRIDLEY

John Bennet plaint. ag$^t$ Elisabeth Gridley widdow Def$^t$ in an action of the case by defameing the s$^d$ Bennet in saying saide Bennet is a false forsworn wretch whereby the plaintife is so impaired in his credit that if not releived by the Hono$^{rd}$ Court it may prove his ruin in the world, with all due damages according to attachm$^t$ dat$^d$ October. 12th 1676. . . . The Jury . . . found for the Def$^t$ costs of Court allowed five Shillings.

Execucion issued Nov$^r$ 4th 1676.

[This arose out of a petty case tried before a Commissioner's Court, 1 August, 1676, and 13 February, 1676/77, for which the papers are in S. F. 1544 and the bill of costs in S. F. 25939.]

## LIDGETT ag$^t$ WATTS

Elizabeth Lidgett Exec$^x$ to the Estate of the late Peter Lidgett deceased plaint. against John Watts Def$^t$ in an action of the case for non payment of twenty two pounds Seven Shillings due by bill bearing date the. 17th June Anno. 1674. with interest & other due damages according to attachm$^t$ dat$^d$ 30th august. 1676. . . . The Jury . . . found for the plaintife two & twenty pounds Seven Shillings according to bill & costs of Court, allowed Sixteen Shillings Six pence.

Execucion issued Novemb$^r$ 28. 1676.

## EVANS agt. MARE

Agnis Evans plaint. ag$^t$ Henry Mare Defend$^t$ The plaint. withdrew her action.